**Order entered March 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01476-CV

## IN THE INTEREST OF H.D.V., JR. AND B.V., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

Before the Court is the March 3, 2015 motion of Elizabeth Neve Griffin, Official Court Reporter for the 302nd Judicial District Court of Dallas County, Texas, joining in the appellant's motion for an extension of time to file the record. On March 3, 2015, the Court granted appellant's motion extending the deadline to file both the clerk's record and reporter's record to May 5, 2015. Accordingly, we **DENY** Ms. Griffin's motion as moot.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Griffin and all counsel of record.

/s/     ELIZABETH LANG-MIERS
        JUSTICE